B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Louisiana

In re  **West Feliciana Acquisition, LLC**  Case No. _____
Debtor(s)  Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| ASTENJOHNSON<br>P O BOX 751985<br>Charlotte, NC 28275-1985 | ASTENJOHNSON<br>P O BOX 751985<br>Charlotte, NC 28275-1985 | TRADE | | 297,039.34 |
| AUTOMATIC HANDLING INTL<br>360 LAVOY ROAD<br>Erie, MI 48133 | AUTOMATIC HANDLING INTL<br>360 LAVOY ROAD<br>Erie, MI 48133 | TRADE | | 96,118.24 |
| BATSON LUMBER CO LLC<br>PO BOX 444<br>Batson, TX 77519 | BATSON LUMBER CO LLC<br>PO BOX 444<br>Batson, TX 77519 | TRADE | | 95,416.96 |
| CHEMSTONE INC<br>P O BOX 17735<br>Greenville, SC 29606 | CHEMSTONE INC<br>P O BOX 17735<br>Greenville, SC 29606 | TRADE | | 110,139.72 |
| E I DU PONT DE NEMOURS AND CO<br>DEPT 0133 P O BOX 120133<br>Dallas, TX 75312-0133 | E I DU PONT DE NEMOURS AND CO<br>DEPT 0133 P O BOX 120133<br>Dallas, TX 75312-0133 | TRADE | | 122,982.77 |
| ENTERGY<br>P O BOX 8103<br>Baton Rouge, LA 70891-8103 | ENTERGY<br>P O BOX 8103<br>Baton Rouge, LA 70891-8103 | TRADE | | 1,742,440.07 |
| ENVIRONMENTAL BUSINESS SPECIALISTS LLC<br>P O BOX 1936<br>Mandeville, LA 70470-1936 | ENVIRONMENTAL BUSINESS SPECIALISTS LLC<br>P O BOX 1936<br>Mandeville, LA 70470-1936 | TRADE | | 79,687.76 |
| FALCO LIME<br>PO BOX 840118<br>Kansas City, MO 64184-0118 | FALCO LIME<br>PO BOX 840118<br>Kansas City, MO 64184-0118 | TRADE | | 117,698.36 |
| GLOSTER CHIPS INC<br>P O Box 536<br>Monticello, AR 71655 | GLOSTER CHIPS INC<br>P O Box 536<br>Monticello, AR 71655 | TRADE | | 110,753.51 |
| HERCULES<br>P O BOX 932575<br>Atlanta, GA 31193-2575 | HERCULES<br>P O BOX 932575<br>Atlanta, GA 31193-2575 | TRADE | | 644,348.19 |
| JOHNSON CONTROLS<br>1135 INDUSTRIPLEX BLVD<br>Baton Rouge, LA 70809 | JOHNSON CONTROLS<br>1135 INDUSTRIPLEX BLVD<br>Baton Rouge, LA 70809 | TRADE | | 82,213.91 |

**B4 (Official Form 4) (12/07) - Cont.**

In re **West Feliciana Acquisition, LLC**
Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **JOHNSON FOILS**<br>P O BOX 751985<br>Charlotte, NC 28275-1985 | JOHNSON FOILS<br>P O BOX 751985<br>Charlotte, NC 28275-1985 | TRADE | | 241,488.00 |
| **LOFTON STAFFING SERVICES**<br>P O BOX 54745<br>New Orleans, LA 70154-4745 | LOFTON STAFFING SERVICES<br>P O BOX 54745<br>New Orleans, LA 70154-4745 | TRADE | | 202,526.90 |
| **LORENTZEN & WETTRE USA INC**<br>DEPT AT952280<br>Atlanta, GA 31192-2280 | LORENTZEN & WETTRE USA INC<br>DEPT AT952280<br>Atlanta, GA 31192-2280 | TRADE | | 98,871.01 |
| **PAPERCHINE, INC.**<br>1155 PRAIRIE HILL ROAD<br>Rockton, IL 61072-1545 | PAPERCHINE, INC.<br>1155 PRAIRIE HILL ROAD<br>Rockton, IL 61072-1545 | TRADE | | 130,292.60 |
| **PLUM CREEK MARKETING**<br>P O BOX 8<br>Joyce, LA 71440 | PLUM CREEK MARKETING<br>P O BOX 8<br>Joyce, LA 71440 | TRADE | | 189,722.39 |
| **ROCO RESCUE INC**<br>7077 EXCHEQUER DRIVE<br>Baton Rouge, LA 70809-4904 | ROCO RESCUE INC<br>7077 EXCHEQUER DRIVE<br>Baton Rouge, LA 70809-4904 | TRADE | | 91,680.00 |
| **TDC LLC US**<br>P O BOX 842407<br>Dallas, TX 75284-2407 | TDC LLC US<br>P O BOX 842407<br>Dallas, TX 75284-2407 | TRADE | | 230,912.75 |
| **TERRE MANAGEMENT COMPANY LLC**<br>P O BOX 80732<br>Baton Rouge, LA 70898 | TERRE MANAGEMENT COMPANY LLC<br>P O BOX 80732<br>Baton Rouge, LA 70898 | TRADE | | 82,526.61 |
| **TURNER INDUSTRIES GROUP LLC**<br>P O BOX 2750<br>Baton Rouge, LA 70821 | TURNER INDUSTRIES GROUP LLC<br>P O BOX 2750<br>Baton Rouge, LA 70821 | TRADE | | 197,073.99 |

# DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **January 17, 2010**   Signature **/s/ F. Allen Byrd**
**F. Allen Byrd**
**Chief Executive Officer**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.