UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

| IN RE: | CASE NO. 10-10053 |
|---|---|
| WEST FELICIANA ACQUISITION, L.L.C., | CHAPTER 11 |
| DEBTOR-IN-POSSESSION | |

**ORDER**

CONSIDERING the Emergency Motion of debtor West Feliciana Acquisition, L.L.C. for Reconsideration of the court's January 21, 2010 order (P-19) and the debtor's Motion to Enforce Rights Under Section 366 of the Bankrputcy Code, which is set for emergency hearing on January 22, 2010 at 10:00 a.m.,

**IT IS ORDERED** that the Emergency Motion for Reconsideration is DENIED.

Baton Rouge, Louisiana, January 21, 2010.

<u>s/Douglas D. Dodd</u>
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE