UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:<br><br>WEST FELICIANA ACQUISITION, L.L.C.,<br><br>DEBTOR-IN-POSSESSION | CASE NO. 10-10053<br><br>CHAPTER 11<br><br>JUDGE DOUGLAS D. DODD |

**AFFIDAVIT AND CERTIFICATE OF DISINTERESTED STATUS**

**STATE OF NEW YORK**

**COUNTY OF WESTCHESTER**

    **BEFORE ME**, the undersigned notary public, duly qualified, authorized and commissioned within and for the aforesaid state and county, personally came and appeared:

    **POYRY FOREST INDUSTRY CONSULTING, INC. ("*Poyry*")**

a New York corporation, represented by, and acting through, its duly authorized representative, Stephen J. Moore, Controller/Treasurer of Poyry, who, after first being duly sworn did depose and state that:

1. Poyry does not hold nor represent an interest adverse to the West Feliciana Acquisition, L.L.C. ("*WFA*"), debtor and debtor-in-possession in the above-captioned bankruptcy case (the "*Bankruptcy Case*") or WFA's bankruptcy estate;

2. Poyry is not an equity security holder or insider of WFA;

3. Poyry has not billed the WFA for any services, except in connection with the Proposal attached to the Application, subject to approval of the Application;

4. Poyry has not been paid a retainer by WFA;

5. Poyry will be paid a non-refundable fixed work fee of $100,000 (the "*Fixed Work Fee*") upon being employed by WFA;

6. Following payment of the Fixed Work Fee, Poyry agrees that it will be paid on an interim basis in accordance with the Proposal attached to the Application with its final fee application being subject to approval by Bankruptcy Court presiding over the Bankruptcy Case, pursuant to the

1

United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules for the Bankruptcy Court sitting in the Middle District of Louisiana; and

7. Stephen J. Moore is: (i) of lawful age, competent and authorized to act to sign this affidavit (this "*Affidavit*") for, and on behalf of, and in the name of, Poyry, (ii) the Controller/Treasuerer of Poyry, (iii) personally familiar with, and has read, the Bankruptcy Case, the *Ex Parte Application to Employ Financial Advisor* and all attachments thereto (the "*Application*") to be filed in the Bankruptcy Case, personally familiar with, and has read, the facts set forth in this Affidavit. Stephen J. Moore acknowledges and confirms that the information contained in the Application and this Affidavit is true and correct to the best of his knowledge, information and belief.

**POYRY FOREST INDUSTRY CONSULTING, INC.**

By: _____
Stephen J. Moore
Its: Controller/Treasurer

NANCY GARCIA
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01GA6204344
Qualified in Bronx County
Commission Expires 4/20/2013

**SWORN TO AND SUBSCRIBED** before me, notary public, at _____23rd_____, on this 23rd day of February 2010.

Stephen J Moore
PRINT NAME Nancy Garcia
NOTARY PUBLIC FOR Bronx ny
NOTARY OR BAR ID. NO. 01GA6204344
COMMISSION EXPIRES 4/20/2013

_Nancy Garcia_
Notary