# United States Bankruptcy Court
# Middle District of Louisiana

| | |
|---|---|
| In re: | Case No. 10-10053 |
| West Feliciana Acquisition, L.L.C., | Chapter 11 |
| Debtor. | Judge Douglas D. Dodd |

**Exhibit – Amzak Bid**