

INTERNATIONAL
PROCESS PLANTS
Your Partner for
Complete Plant Solutions

International Process Plants
Hamilton Business Center
17A Marlen Drive
Hamilton, NJ 08691
Phone : 001 (609) 586-8004
Fax : 001 (609) 586-5725

Jan Gale, Executive Vice President
Cell Phone:  001 (732) 995-9951
Email:  jang@ippe.com

April 5, 2010

**VIA E-MAIL Allen.byrd@renewpaper.com**
Mr. Allen Byrd, CEO
Renew Paper
West Feliciana Acquisition LLC

**VIA E-MAIL PKopfinger@gordonarata.com**
Peter A. Kopfinger, Esq.
Gordon, Arata, McCollam, DuPlantis & Eagan, LLP
301 Main Street, Suite 1600
Baton Rouge, LA  70801-1916

Re:   IPP'S Offering Bid for the Assets Comprising the St. Francisville Papermill Operations in
      St. Francisville, LA Pursuant to the Section 363 "Sale Hearing" for In re:  West Feliciana
      Acquisition, LLC, Chapter 11, Case No. 10-10053, USBC-MDLA
      Our File No. 5297

Gentlemen:

Regarding the above-captioned matter, thank you for the opportunity to bid on the St. Francisville,
LA Facility (more particularly defined as the immovable property, buildings and improvements
and moveable property, machinery and equipment, etc. or "Assets") as described in the "Bidding
and Sales Procedures" document ("Bidding Procedures") and the form of "Asset Purchase
Agreement" document (the "Agreement") in conjunction with the upcoming Bankruptcy Court's
"Sale Hearing" scheduled for April 9, 2010.

This type of Section 363 Sale is one of the mainstays of our process plant and equipment
acquisition business, which we conduct on a worldwide basis for the revitalization, re-population
and environmental remediation of idled or closed industrial manufacturing facilities.  In fact, IPP
has significant prior experience in purchasing closed industrial plant facilities in the bankruptcy
court venue under Section 363.  Most recently in September 2009, IPP purchased the former
Wellman, Inc. PET Resins closed facility located in Darlington, South Carolina in a Bankruptcy
Court supervised Section 363 Sale, which facility comprised 860 acres of land and has in excess of
1.2 million square feet of office, laboratory, manufacturing and warehouse building space.  We
attach a copy of the press release regarding that transaction (see Schedule "A").  Additionally, IPP
owns approximately 20 closed industrial facilities in its portfolio.  We also enclose our Corporate
Overview which previews some of these facilities (see Schedule "B").

In compliance with the terms of the Bidding Procedures, IPP is pleased to submit its offering bid (the "IPP Bid") for the Assets as follows:

1. **<u>The IPP Bid:</u>**
   In accordance with the terms of the Bidding Procedures, IPP shall pay to WFA not later than seven (7) business days after the Bankruptcy Court's entry of the "Sale Order" following the April 9, 2010 "Sale Hearing" the sum of One Million Five Hundred Twenty Five Thousand Dollars ($1,525,000) by wire transfer in good and immediately available funds. As required on Page 4 of the Bidding Procedures, we attach a letter, dated April 1, 2010, from our bank, The Bank, establishing that $4,709,810.65 is presently held on deposit in our affiliate's accounts at The Bank, which funds evidence our ability to consummate this transaction (see Schedule "C").

2. **<u>Additional Responsive Information Requested Under Bidding Procedures Document.</u>**
   As required under the "Bid Requirements/Qualified Bidder" Section on Pages 4 and 5 of the Bidding Procedures document, IPP represents the following:

   (A)   The immediate availability of good funds to consummate this transaction as evidenced by the attached letter, dated April 1, 2010, by our bank, The Bank (see Schedule "C"); and

   (B)   The purchasing entity who shall "close" and consummate this anticipated transaction as set forth in the Purchase Agreement shall be either International ProcessPlants and Equipment Corp. ("IPP") or its designee or assignee; and

   (C)   IPP acknowledges that it has had an opportunity to conduct all required due diligence regarding the Assets prior to the submission of this Bid; and

   (D)   IPP acknowledges that it ha relied solely upon its own independent review, investigation and inspection of the Assets; and

   (E)   IPP acknowledges that it has not relied upon any written or oral statements, representations, promises or warranties whatsoever regarding the Assets, or the completeness of any information provided in connection therewith, except as expressly stated in the Purchase Agreement; and

   (F)   IPP acknowledges that it is not entitled to ay expense reimbursement or break-up fee, or any other type of fee or response, in connection with IPP's Bid as tendered herein; and

(G)     IPP acknowledges that, as a bidder of the Assets pursuant to the Sale Hearing, IPP shall be subject to the core jurisdiction of the Bankruptcy Court, and that IPP waives all rights to a jury trial, if any; and

(H)     IPP acknowledges that it will present an authorized corporate representative at the Auction, and that such corporate representative shall be duly authorized to bid on behalf of IPP at the Auction and/or Sale Hearing; and

(I)     IPP acknowledges that it understands that the Assets are being sole as one single transaction, and that bids shall NOT be accepted for only a portion of the Assets; and

(J)     At the present time, the full details of the proposed number of employees of WFA for the operation of the Assets once acquired by IPP, and such proposed measures associated with their continued employment, are unknown and not yet determined.  However, we will deploy every opportunity and effort to maximize the re-employment and re-population of the facility with current and former WFA employees to revitalize the St. Francisville facility.

3.     **IPP's Contact Person**.
Please address your responses, or other questions, regarding the IPP Bids to me at (jang@ippe.com or cell (732) 995-9951).  You may also call me at our IPP offices at (609) 586-8004.

We look forward to your prompt and affirmative response to our submitted Bid.

Very truly yours,

Jan Gale
Executive Vice President

JG:ecr
Enclosures:
        The Bank's letter, dated April 1, 2010
        Press Release
        IPP Corporate Overview

cc:     Mr. Ron Gale (rong@ippe.com)
        Harold Bogatz, Esq. (haroldb@ippe.com)
        Matt Gottesfeld, Esq. (mattg@ippe.com)
        Monte Bogatz, Esq. (monteb@ippe.com)

## SCHEDULE "A"

Press Release



Wellman press
release.doc

## SCHEDULE "B"
Corporate Overview



IPP Overview (Spring
2010)_3-24-10.ppt

## SCHEDULE "C"
The Bank, letter of April 1, 2010



040110 letter.pdf

C:\Documents and Settings\ElaineR\My Documents\Letters\5297 040510 JG.Bid Renew Paper.doc

# Wellman plant sold; company plans to market facility globally



Contributed

An aerial view of the Wellman Plant in Darlington that has been purchased by Darlington Developments, LLC.

By JIM FAILE – SCNOW.COM

Published: September 15, 2009

DARLINGTON —  An international company that specializes in marketing manufacturing facilities worldwide has purchased the former Wellman Inc. plant in Darlington.

Darlington Developments LLC, a wholly owned subsidiary of International Process Plants (IPP), announced its purchase of the plant at 1000 E. McIver Road Tuesday. IPP is the world's largest plant and equipment trader.

The purchase includes a 1.1-million square foot building, 760 acres of land and all existing machinery and equipment.

Darlington Development plans to remarket the plant to one or more users.

Existing production units of 250,000 tons per year of PET bottle grade resin, 250,000 tons per year of polyester staple fiber and 120,000 tons per year of amorphous PET, are available to restart in whole or in part, to be operated in place and restarted or to be moved elsewhere. If the plants are moved to another location, the company said it will use the infrastructure to repopulate the site with other industries.

Wellman closed the Darlington and Johnsonville plants last year. About 550 workers were employed at the Darlington plant when the company announced plans to close the facility last September. The plant closed in November. The Johnsonville plant employed 170.

Robert Long, executive director of the Darlington County Economic Development Partnership, said the purchase by IPP is good news for the county and bodes well for its future economic development.

"This company has a strong reputation and has been very successful in buying former plants and remarketing them all over the world," Long said.

He said IPP's reputation and connections in the chemical and processing industries will help draw one or more manufacturers to the facility.

"When you have an owner with those kind of strong connections, that's a powerful asset," Long said. "Obviously, the more players you can bring to the table, the better. To have an active owner involved in marketing the plant, that's a very strong selling point for us."

Long said the announcement by IPP holds special significance for him. Wellman announced its plans to close the Darlington plant just one day before Long started in his position as executive director of the partnership.

The additional surrounding land included in the purchase also holds significant potential for future development, he said.

"I see a bright future with this," Long said.

IPP's business model is to purchase complete plants, with the land, buildings and equipment, for which manufacturers no longer have a need that are being closed globally. In some cases IPP will also take on the environmental remediation of the site. IPP and its subsidiaries utilize their globally integrated corporate infrastructure within the U.S., U.K., Germany, Italy, France, Poland, Romania, India, Portugal, Czech Republic, Korea and Russia to identify customers to repopulate a site by making the same product. When that is not feasible, IPP can sell the processes elsewhere in the world and market a site's remaining assets in the global marketplace in order to repopulate the site.

"Magnified by the current economic conditions, we meet a niche that allows a company interested in expanding capacity an opportunity to do so at a fraction of the cost of building a new facility," said Stan Sackowitiz, vice president of business development of International Process Plants. "With approximately 15 other complete plants that we own for resale and an inventory of over 25,000 pieces of process equipment at our disposal, we can provide a customer a turnkey operation."

Some of the existing assets of the Wellman Palmetto Plant include large onsite well water production, waste water treatment plant, 160-car rail yard, large boiler capacity for steam production and hot oil production, 10 inch diameter natural gas service and heavy electrical infrastructure.

"First and foremost, County Council has remained focused on working with former Wellman employees impacted by the plant closure," said Wesley Blackwell, chairman of Darlington County Council.  "We are now focused on bringing new investment and jobs back into this former pillar of our community."

"We are pleased that we can work with Darlington Development to move forward to proactively remarket the former Wellman Palmetto Plant now that it has been sold," said Jim Ramsey, chairman of Darlington County Economic Development Partnership.  "In addition to more than one million square feet under roof, I am excited about the hundreds of undeveloped acres that can be marketed separately for business development."

IPP is headquartered in Hamilton, N.J, with international offices, infrastructure and affiliates in China, Czech Republic, England, Germany, India, Poland, Romania, Korea, Russia, Italy and France. With more than 30 years of experience, IPP is dedicated to providing the worldwide processing industries with quality complete plants and equipment at competitive prices.

The Darlington County Economic Development Partnership is a public/private partnership established by Darlington County Council and supported by Darlington County, City of Hartsville and members of Darlington County Progress Inc. The Partnership also works with regional, state and federal agencies in securing available grants and other financial assistance for business and industrial growth.



## GLOBAL ASSET PURCHASE GROUP

**Spring 2010**

# IPP Global Asset Purchase Group Summary

*IPP* *Has Offices and Infrastructure In:*

China

Czech Republic

England

France

Germany

India

Italy

Korea

Romania

Russia

Saudi Arabia

U.S.A.

## Objective

To provide safe, cost-effective solutions by reducing or eliminating the cost and human resources that companies allocate in order to consolidate or rationalize their production sites and product portfolios. **IPP** creates these solutions with the investment of our own capital and without any investment in time or money from our clients. Our business model is not a fee for service. **IPP** purchases the assets.

## Our Focus

**IPP** focuses on the global process industry; with a particular concentration on the Petrochemical, Refining, Fine Chemical, Industrial Chemical, Specialty Chemical, Pharmaceutical, Food, Fertilizer, Metal Refining, Sugar and Power Generation Industries worldwide.

## Our Unique Approach

**IPP** purchases complete plants that are being closed globally, including land, buildings and equipment. Many times, we purchase operations which can not be sold as businesses and operated in place. **IPP** then utilizes the assets purchased as an industrial and commercial "magnet" to attract customers to choose that site for their project.

INTERNATIONAL
PROCESS PLANTS

Tel: +1-609-586-8004

Fax: +1-609-586-0002

www.ippe.com

# IPP: We Understand the Costs of Plant Closures

**IPP** *Has Offices and Infrastructure In:*

China

Czech Republic

England

France

Germany

India

Italy

Korea

Romania

Russia

Saudi Arabia

U.S.A.

## *Cost of Manufacturing Rationalizations and Closure Projects*

- Allocating Cash For:

  - Supervising Shut Down Activities and Site Management

  - Continuing Costs of Electricity, Security, etc.

  - Real Estate Taxes

  - Selling Assets Piecemeal and Dismantlement

  - Demolition

- Cost of Human Capital

  - Attempting To Sell Redundant Assets

  - Managing Demolition Projects

  - Countless Hours of Personnel Time Managing Different Segments of Closure Activities, Instead of Focusing On Core Business

### *IPP can alleviate the cost and responsibility of most aspects of plant and product line closures*

**IPP**

**INTERNATIONAL PROCESS PLANTS**

Tel: +1-609-586-8004

Fax: +1-609-586-0002

**www.ippe.com**

# Process Closures: The IPP Approach

**IPP** *Has Offices and Infrastructure In:*

China

Czech Republic

England

France

Germany

India

Italy

Korea

Romania

Russia

Saudi Arabia

U.S.A.

**INTERNATIONAL PROCESS PLANTS**

Tel: +1-609-586-8004

Fax: +1-609-586-0002

**www.ippe.com**

## *IPP Reduces Costs Associated with the Divesture of Redundant Assets by* <u>*Purchasing*</u>*:*

- Complete Process Plants with Real Estate

  - We Assume costs of:

    - ✦ Demolition

    - ✦ Real Estate Taxes

    - ✦ Removing idle assets from site

    - ✦ Security, insurance and other carrying costs

    - ✦ Environmental Remediation

- Individual Process Lines/Equipment

  - The "real" value of redundant assets absorbs costs of:

    - ✦ Dismantlement

    - ✦ Demolition

    - ✦ Asset Sales

*IPP lets you focus on your core business…*
*not closing facilities*

# IPP's Business Model

*IPP* Has Offices and
*Infrastructure In:*

China

Czech Republic

England

France

Germany

India

Italy

Korea

Romania

Russia

Saudi Arabia

U.S.A.

## *IPP Business:*

1. The purchase of complete plants which are closed or closing, including real estate, buildings, complete production systems and intellectual assets. Revitalize the site by bringing customers to the site to take advantage of the infrastructure in place to set up their operation there.

2. Purchase of complete plants within an otherwise operating plant. **IPP** buys the process with or without the intellectual assets, pays for the cost of removal, then sells it to be operated elsewhere in the world where the economics are favorable. If the plant can't be sold as a complete plant, **IPP** dismantles the production lines and sells the individual pieces of equipment globally.

3. **IPP** purchases groups of equipment globally. **IPP** then sells the equipment throughout the world, offering its customers capital cost savings, as well as lead time savings.

4. **IPP** performs dismantlement, demolition, and remediation functions with company-employed contractors and company-managed subcontractors.



INTERNATIONAL
PROCESS PLANTS

Tel: +1-609-586-8004

Fax: +1-609-586-0002

**www.ippe.com**

# Worldwide Operations

*IPP Has Offices and Infrastructure In:*

China

Czech Republic

England

France

Germany

India

Italy

Korea

Romania

Russia

Saudi Arabia

U.S.A.

## United States:

- Hamilton, NJ: **IPP** World Headquarters

- Robbinsville, NJ: **IPP** Storage Facility

- Windsor, NJ: **IPP** Storage Facility; **IPP** Operations Offices

- Williamstown, NJ: **IPP** Storage Facility

- Gonzales, LA: Universal Industrial Refrigeration (UIR) Global Office (**IPP** subsidiary); Refrigeration Equipment Warehouse

## International:

- Teesside, United Kingdom: Ayton Equipment, Ltd. Global Office/Warehouse/Storage (**IPP** "Group" subsidiary)

- Bitterfeld, Germany: **IPP** European Headquarters; **IPP** Storage Facility

- Brno, Czech Republic: **IPP** Sales Office

- Făgăraş, Romania: **IPP** Reglassing/Rebuilding Site; **IPP** Storage Facility; **IPP** Sales Office

- Beijing, China: **IPP** Sales Office

- Parabita, Italy: **IPP** Sales Office

- Les Essarts le Roi, France: **IPP** Sales Office

- Gujarat, India: **IPP** Sales Office

- Seoul, Korea: **IPP** Sales Office

INTERNATIONAL
PROCESS PLANTS

Tel: +1-609-586-8004

Fax: +1-609-586-0002

**www.ippe.com**

# IPP Has Over 100 Complete Plants With Access To Hundreds More

*IPP Has Offices and Infrastructure In:*

China

Czech Republic

England

France

Germany

India

Italy

Korea

Romania

Russia

Saudi Arabia

U.S.A.

## Asahi Chemical

*Killala, Ireland*

- Asahi unable to sell business for 2 years

- Our management purchased Polyacrylic Nitrile Fibre assets

    - 400 Acres of Land

    - 750,000 sq. ft. of Facilities

    - All Process Equipment

- Asahi generated income from sale while avoiding: Taxes, Maintenance/Security Costs and Demolition/Dismantling Costs

- Asahi saved years of high costs and lost time managing sale and closing of plant

- IPP was able to attract (5) different companies to occupy the subdivided site. There are now (70) people gainfully employed at this site. The remaining vacancy is under contract with a major company. Upon completion, there will be more than (200) people employed at this site.

- It was a win for Asahi, a win for the community and a win for IPP.



### INTERNATIONAL PROCESS PLANTS

Tel: +1-609-586-8004

Fax: +1-609-586-0002

**www.ippe.com**







# IPP Wants To Buy Your Real Estate And Surplus Or Idle Process Plants

**HAVE A PLANT FOR SALE?**
Contact IPP today and request a copy of our Company Overview to see how we saved other companies capital and lead time.

**IPP** *Has Offices and Infrastructure In:*

China

Czech Republic

England

France

Germany

India

Italy

Korea

Romania

Russia

Saudi Arabia

U.S.A.

## Celanese

*Corpus Christi, TX*

- IPP purchased 120 acres of real estate from Celanese, including:

  - 500,000 sq. ft. of Buildings and Office Space

  - (3) Specialty Chemical Plants

  - (1) Pilot Plant

  - Zoned Commercial/Industrial

  - 5 Miles From Corpus Christi International Airport

- Celanese was spending $200,000 per month in carrying costs while trying to sell this facility

- IPP took on these carrying costs when they purchased this site

- This plant is currently under contract to be sold



## INTERNATIONAL PROCESS PLANTS

Tel: +1-609-586-8004

Fax: +1-609-586-0002

**www.ippe.com**





# IPP Has Over 100 Complete Plants With Access To Hundreds More

**IPP Focus:**
Petrochemical, Refining, Fine Chemical, Industrial Chemical, Specialty Chemical, Pharmaceutical, Food, Fertilizer, Metal Refining, Sugar Industries and Power Generation

*IPP Has Offices and Infrastructure In:*

China

Czech Republic

England

France

Germany

India

Italy

Korea

Romania

Russia

Saudi Arabia

U.S.A.



**INTERNATIONAL PROCESS PLANTS**

Tel: +1-609-586-8004

Fax: +1-609-586-0002

**www.ippe.com**

# Air Products

*Teesside, United Kingdom*



- IPP purchased a Methyl Amines and Derivatives Facility and its assets:

  - 31 Acres of Land

  - CO/H$_2$ Production Unit

  - Methyl Amines (MA, DMA, TMA) - 46,000 Tons/Year

  - Higher Amines - 24,000 Tons/Year

  - Dimethylformamide (DMF) - 24,000 Tons/Year

  - Dimethylaminoethanol (DMAE) - 7,000 Tons/Year

  - Choline Chloride - 14,000 Tons/Year

  - All Process Equipment

- IPP saved Air Products money by assuming: Maintenance and Security Costs, Taxes, Demolition/Dismantling Costs and all Utilities

- IPP is currently moving its UK subsidiary (Ayton Equipment, Ltd.) to this location



# IPP Wants To Buy Your Real Estate And Surplus Or Idle Process Plants

**HAVE A PLANT FOR SALE?**
Contact IPP today and request a copy of our Company Overview to see how we saved other companies capital and lead time.

*IPP* Has Offices and Infrastructure In:

China

Czech Republic

England

France

Germany

India

Italy

Korea

Romania

Russia

Saudi Arabia

U.S.A.

## Takasago

### *University Park, IL*

- Takasago closed a Flavors, Fragrances (Musk) and Fine Chemicals Plant in University Park, IL.

- It was costing Takasago $700,000 per year in carrying costs (Taxes, Personnel, Guard Service, Insurance and Utilities).

- The plant was for sale for 3 years.

- IPP paid for the plant, buildings, land and equipment and took on the responsibility for all of the costs.

  - 28 Acre Site

  - 152,000 sq. ft. (total building area)

  - Located In Industrial Park

  - 30 Miles South of Chicago and O'Hare Int'l. Airport

- IPP is negotiating with various customers to purchase certain processes to operate on-site.





**INTERNATIONAL PROCESS PLANTS**

Tel: +1-609-586-8004

Fax: +1-609-586-0002

**www.ippe.com**

# IPP Has Over 100 Complete Plants With Access To Hundreds More

**IPP Focus:**
Petrochemical, Refining, Fine Chemical, Industrial Chemical, Specialty Chemical, Pharmaceutical, Food, Fertilizer, Metal Refining, Sugar Industries and Power Generation

*IPP Has Offices and Infrastructure In:*

China

Czech Republic

England

France

Germany

India

Italy

Korea

Romania

Russia

Saudi Arabia

U.S.A.



## INTERNATIONAL PROCESS PLANTS

Tel: +1-609-586-8004

Fax: +1-609-586-0002

**www.ippe.com**

# Yorkshire Chemical

*Gastonia, NC*

- Yorkshire Chemical went into bankruptcy

- IPP purchased 42 acres of river front land, buildings and equipment from the trustee

- Zoned Commercial

- Suited For High Density Residential Area, Planned Unit Development (P.U.D.)

- 10 Minutes From Charlotte International Airport

- Surrounded by Residential Areas and the Catawba River

- IPP took on the costs to carry and hold the property, as well as all of the environmental costs and the demolition

