CASE STUDY
06

**IPP Wants To Buy Your Real Estate And Surplus Or Idle Process Plants**

**HAVE A PLANT FOR SALE?**
Contact IPP today and request a copy of our Company Overview to see how we saved other companies capital and lead time.

*IPP Has Offices and Infrastructure In:*

China

Czech Republic

England

France

Germany

India

Italy

Korea

Romania

Russia

Saudi Arabia

U.S.A.

# Specialty Chemical Site

*Fitchburg, MA*

- IPP purchased out of bankruptcy the real estate, buildings and equipment, including:
  - 28 Acres of Land
  - Full Scale Specialty Chemical Manufacturing Facility
  - Waste Treatment Facility
  - Offices and Warehouses
  - (2) Pilot Plants and Multiple Labs
  - 106,000 sq. ft. (total building area) with 8,000 sq. ft. of Office Space
  - Sub-dividable for Multi-User Site
- IPP took on the carrying costs, as well as all of the environmental and demolition costs
- Located in Industrial Park 1 Mile off of Route 4
- Highway Access To Boston Area







INTERNATIONAL PROCESS PLANTS

Tel: +1-609-586-8004

Fax: +1-609-586-0002

www.ippe.com

# CASE STUDY 07

## IPP Has Over 100 Complete Plants With Access To Hundreds More

**IPP Focus:**
Petrochemical, Refining, Fine Chemical, Industrial Chemical, Specialty Chemical, Pharmaceutical, Food, Fertilizer, Metal Refining, Sugar Industries and Power Generation

*IPP Has Offices and Infrastructure In:*

China

Czech Republic

England

France

Germany

India

Italy

Korea

Romania

Russia

Saudi Arabia

U.S.A.

## FiberMark

*Milford, NJ*

- IPP purchased assets from FiberMark, including:
    - 168 Acres of Land
    - Paper Mill
    - Paper Manufacturing Equipment
- Paper Mill and all associated equipment were purchased with the intent to liquidate
- The 168 acres of land were purchased with the intention of redevelopment
- Located on the scenic Mustconetcong River





Tel: +1-609-586-8004

Fax: +1-609-586-0002

www.ippe.com

**CASE STUDY 08**

**IPP Wants To Buy Your Real Estate And Surplus Or Idle Process Plants**

**HAVE A PLANT FOR SALE?**
Contact IPP today and request a copy of our Company Overview to see how we saved other companies capital and lead time.

*IPP* Has Offices and Infrastructure In:

China

Czech Republic

England

France

Germany

India

Italy

Korea

Romania

Russia

Saudi Arabia

U.S.A.

# Precision Golf (Brunswick Corp.)
*Torrington, CT*

- Former Brunswick Corporation site includes:
  - Full Scale Manufacturing Facility for Golf Club Shafts
  - 11.5 Acres of Land
  - Zoned Business/Commercial
  - 225,000 sq. ft. (total building area)
  - 7,000 sq. ft. Stand-Alone Office Building
- 35 Miles from Hartford-Brainard International Airport
- 35 Miles from Bradley International Airport
- IPP purchased the land, buildings, equipment and management of environmental issues
- Precision Golf was relieved of $500,000 per year in carrying costs







**INTERNATIONAL PROCESS PLANTS**

Tel: +1-609-586-8004

Fax: +1-609-586-0002

www.ippe.com

# IPP Has Over 100 Complete Plants With Access To Hundreds More

**IPP Focus:**
Petrochemical, Refining, Fine Chemical, Industrial Chemical, Specialty Chemical, Pharmaceutical, Food, Fertilizer, Metal Refining, Sugar Industries and Power Generation

*IPP Has Offices and Infrastructure In:*

China

Czech Republic

England

France

Germany

India

Italy

Korea

Romania

Russia

Saudi Arabia

U.S.A.

## Commercial/Industrial

*Robbinsville, NJ*

- 21 Acres
- Zoned Light Industrial
- Suited for Industrial Site or High Density Planned Unit Development (P.U.D.)
- High, Dry Fertile Land
- 50 Miles from Newark International Airport
- 55 Miles from Philadelphia Int'l. Airport
- IPP Storage Facility





INTERNATIONAL PROCESS PLANTS

Tel: +1-609-586-8004

Fax: +1-609-586-0002

www.ippe.com

# IPP Wants To Buy Your Real Estate And Surplus Or Idle Process Plants

**HAVE A PLANT FOR SALE?**
Contact IPP today and request a copy of our Company Overview to see how we saved other companies capital and lead time.

**IPP** Has Offices and Infrastructure In:

China
Czech Republic
England
France
Germany
India
Italy
Korea
Romania
Russia
Saudi Arabia
U.S.A.

## Commercial/Industrial

*Williamstown, NJ*

- 65 Acres
- Zoned Light Industrial
- Suited for Industrial Site or High Density Planned Unit Development (P.U.D.)
- High, Dry Fertile Land
- 85 Miles from Newark International Airport
- 35 Miles from Philadelphia Int'l. Airport
- IPP Storage Facility





**INTERNATIONAL PROCESS PLANTS**

Tel: +1-609-586-8004
Fax: +1-609-586-0002

**www.ippe.com**

# IPP Has Over 100 Complete Plants With Access To Hundreds More

**IPP Focus:**
Petrochemical, Refining, Fine Chemical, Industrial Chemical, Specialty Chemical, Pharmaceutical, Food, Fertilizer, Metal Refining, Sugar Industries and Power Generation

*IPP Has Offices and Infrastructure In:*

China

Czech Republic

England

France

Germany

India

Italy

Korea

Romania

Russia

Saudi Arabia

U.S.A.

## Commercial/Industrial

*Windsor, NJ*

- 35 Acres
- Zoned Commercial (Highway)
- Suited for Industrial Site or High Density Planned Unit Development (P.U.D.)
- High, Dry Fertile Land
- 45 Miles from Newark International Airport
- 55 Miles from Philadelphia Int'l. Airport
- IPP Storage Facility





INTERNATIONAL PROCESS PLANTS

Tel: +1-609-586-8004

Fax: +1-609-586-0002

www.ippe.com

# CASE STUDY 12

## IPP Wants To Buy Your Real Estate And Surplus Or Idle Process Plants

**HAVE A PLANT FOR SALE?**
Contact IPP today and request a copy of our Company Overview to see how we saved other companies capital and lead time.

*IPP Has Offices and Infrastructure In:*

China

Czech Republic

England

France

Germany

India

Italy

Korea

Romania

Russia

Saudi Arabia

U.S.A.

# Commercial/Industrial

*Bitterfeld, Germany*

- 8 Acres of Land
- (5) Buildings for Storage
- 269,600 sq. ft. (total)
    - Section 1: 93,710 sq. ft.
    - Section 2: 175,890 sq. ft.
- Zoned Commercial/Industrial
- Suited for Industrial Site or Logistics Operation
- 90 Miles from Berlin-Schönefeld Airport
- 50 Miles from Halle-Leipzig Airport
- 6 Miles from Highway A10
- IPP Storage Facility









**INTERNATIONAL PROCESS PLANTS**

Tel: +1-609-586-8004

Fax: +1-609-586-0002

www.ippe.com

| CASE STUDY **13** | **IPP Has Over 100 Complete Plants With Access To Hundreds More** | **IPP Focus:** Petrochemical, Refining, Fine Chemical, Industrial Chemical, Specialty Chemical, Pharmaceutical, Food, Fertilizer, Metal Refining, Sugar Industries and Power Generation |

*IPP Has Offices and Infrastructure In:*

- China
- Czech Republic
- England
- France
- Germany
- India
- Italy
- Korea
- Romania
- Russia
- Saudi Arabia
- U.S.A.

# Commercial/Industrial

*Stokesley, United Kingdom*

- 6.5 Acres of Land
- 15,000 sq. ft. (total)
- Zoned Industrial
- Suited for Industrial Site or Logistics Operation
- 8 Miles from Highway A19
- 10 Miles from Teesport Harbour
- 20 Miles from Durham Tees Valley Airport
- 85 Miles from Manchester Airport
- IPP Storage Facility
- Currently Under Contract For Sale





**INTERNATIONAL PROCESS PLANTS**

Tel: +1-609-586-8004

Fax: +1-609-586-0002

**www.ippe.com**

# IPP Wants To Buy Your Real Estate And Surplus Or Idle Process Plants

**HAVE A PLANT FOR SALE?**
Contact IPP today and request a copy of our Company Overview to see how we saved other companies capital and lead time.

**IPP** Has Offices and Infrastructure In:

China

Czech Republic

England

France

Germany

India

Italy

Korea

Romania

Russia

Saudi Arabia

U.S.A.

## Commercial/Industrial

*Făgăraş, Romania*

IPP purchased this plant directly from the Romanian Government during the privatization. IPP continues to own and operate this factory for the re-glassing of glass lined vessels and dryers.

- 2 Acres of Land
- 60,000 sq. ft. (total)
- Zoned Commercial/Industrial
- Suited for Manufacturing Facility
- Ideal for Glass-Lined Equipment Processing
- IPP Reglassing/Fabrication Facility





INTERNATIONAL PROCESS PLANTS

Tel: +1-609-586-8004

Fax: +1-609-586-0002

www.ippe.com

# CASE STUDY 15

## IPP Has Over 100 Complete Plants With Access To Hundreds More

**IPP Focus:**
Petrochemical, Refining, Fine Chemical, Industrial Chemical, Specialty Chemical, Pharmaceutical, Food, Fertilizer, Metal Refining, Sugar Industries and Power Generation

*IPP Has Offices and Infrastructure In:*

- China
- Czech Republic
- England
- France
- Germany
- India
- Italy
- Korea
- Romania
- Russia
- Saudi Arabia
- U.S.A.

## Industrial Plot
### *Peñuelas, Puerto Rico*

- 32 Acre Petrochemical Site
- Former site of Aromatics Mfg. Plant
- Site Has Tank Storage Area
- Suited for Logistics Operation
- IPP purchased this site due to its surroundings:
  - Adjacent to an Oil Refinery
  - Surrounded by Major Waterways
  - Zoned Commercial (Highway)





**INTERNATIONAL PROCESS PLANTS**

Tel: +1-609-586-8004
Fax: +1-609-586-0002
**www.ippe.com**

**CASE STUDY**
**16**

**IPP Wants To Buy Your Real Estate And Surplus Or Idle Process Plants**

**HAVE A PLANT FOR SALE?**
Contact IPP today and request a copy of our Company Overview to see how we saved other companies capital and lead time.

**IPP** *Has Offices and Infrastructure In:*

China

Czech Republic

England

France

Germany

India

Italy

Korea

Romania

Russia

Saudi Arabia

U.S.A.

# Commercial/Industrial

*Gonzales, LA*

- 15 Acres
- 37,000 sq. ft. (total)
- 30,000 sq. ft. of Storage
- Zoned Commercial/Industrial
- Houses Universal Industrial Refrigeration (UIR), a refrigeration rental and sale company
- Suited for Industrial Site or High Density Planned Unit Development (P.U.D.)
- High, Dry Fertile Land
- 55 Miles from New Orleans Int'l. Airport
- 15 Miles from downtown Baton Rouge





**INTERNATIONAL PROCESS PLANTS**

Tel: +1-609-586-8004

Fax: +1-609-586-0002

**www.ippe.com**

| CASE STUDY **17** | **IPP Has Over 100 Complete Plants With Access To Hundreds More** | **IPP Focus:** Petrochemical, Refining, Fine Chemical, Industrial Chemical, Specialty Chemical, Pharmaceutical, Food, Fertilizer, Metal Refining, Sugar Industries and Power Generation |
|---|---|---|

*IPP Has Offices and Infrastructure In:*

China

Czech Republic

England

France

Germany

India

Italy

Korea

Romania

Russia

Saudi Arabia

U.S.A.

# Metachem
*New Castle, DE*

- **EPA Superfund Site:**
  - IPP only purchased the above-ground assets; not the land assets.
  - IPP felt that the land assets had too many open-ended environmental issues.
- Metachem invested over $18 Million for capital projects in the last 2 years
- Forced to close entire facility due to chemical contamination and economic downturn
- IPP reduced costs of closure and created revenue stream
  - Saved Metachem over $2 Million by assuming:
    - Demolition
    - Equipment removal
    - Soft costs of managing demolition
  - Invested IPP capital to purchase Metachem assets







**INTERNATIONAL PROCESS PLANTS**

Tel: +1-609-586-8004

Fax: +1-609-586-0002

**www.ippe.com**

| CASE STUDY 18 | **IPP Wants To Buy Your Real Estate And Surplus Or Idle Process Plants** | **HAVE A PLANT FOR SALE?** Contact IPP today and request a copy of our Company Overview to see how we saved other companies capital and lead time. |

**IPP** Has Offices and Infrastructure In:

China
Czech Republic
England
France
Germany
India
Italy
Korea
Romania
Russia
Saudi Arabia
U.S.A.

# Hercules Chemical Co.
*Parlin, NJ*

- **EPA Superfund Site:**
  - IPP only purchased the above-ground assets; not the land assets.
  - IPP felt that the land assets had too many open-ended environmental issues.
- IPP purchased a 15,000 Tons/Year Nitrocellulose Plant from Hercules
- IPP committed to perform the demolition and dismantlement
- IPP leveraged the sale of the equipment against the demolition costs






**INTERNATIONAL PROCESS PLANTS**

Tel: +1-609-586-8004
Fax: +1-609-586-0002
www.ippe.com

| CASE STUDY | IPP Has Over 100 Complete Plants With Access To Hundreds More | **IPP Focus:** |
|---|---|---|
| **19** | | Petrochemical, Refining, Fine Chemical, Industrial Chemical, Specialty Chemical, Pharmaceutical, Food, Fertilizer, Metal Refining, Sugar Industries and Power Generation |

*IPP Has Offices and Infrastructure In:*

China

Czech Republic

England

France

Germany

India

Italy

Korea

Romania

Russia

Saudi Arabia

U.S.A.

# Kodak

*Liverpool, England*



- Kodak closed its 400,000 sq. ft. Chemical and Engineering Complex.

- Owner needed to close facility by the end of the year.

- Demolition and environmental clean-up would take multiple years to accomplish.

- IPP purchased the plant and took on the obligation and responsibility of demolition and complete environmental clean-up.

- With IPP's help, the plant closed by year's end as the owner desired.



**INTERNATIONAL PROCESS PLANTS**

Tel: +1-609-586-8004

Fax: +1-609-586-0002

**www.ippe.com**

# IPP Wants To Buy Your Real Estate And Surplus Or Idle Process Plants

**HAVE A PLANT FOR SALE?**
Contact IPP today and request a copy of our Company Overview to see how we saved other companies capital and lead time.

**IPP** Has Offices and Infrastructure In:

China
Czech Republic
England
France
Germany
India
Italy
Korea
Romania
Russia
Saudi Arabia
U.S.A.

## Commercial/Industrial

*Milford, NJ*



- 160 Acres of Land
- 1 MW Hydro Power Generation Giving Any Redevelopment the Possibility Of Complete "Green" Power
- 250,000 sq. ft. of Manufacturing and Warehouse Space
- IPP purchased the assets, including a Paper Mill with (2) Fully Operable Paper Machines:
  - One machine was completely rebuilt in 2002 with Over $30 MM. Invested in 100 Ton High Grade Paper Machine with Fourdrinier Roto-Former.
- IPP saved Fibermark hundreds of thousands of dollars per year in carrying costs
- Located 5 miles from Rte. 78, 35 minutes from Newark International Airport and 1 hour from NYC
- Can be sub-divided; Redevelopment for many uses possible
- Property includes a dam and mill race with a water diversion permit for billions of gallons of water per month
- Two wells on the property drawing from deep aquifers make this property perfect for any development or manufacturing requiring lots of water usage



**INTERNATIONAL PROCESS PLANTS**

Tel: +1-609-586-8004
Fax: +1-609-586-0002

www.ippe.com

# IPP Has Over 100 Complete Plants With Access To Hundreds More

**IPP Focus:**
Petrochemical, Refining, Fine Chemical, Industrial Chemical, Specialty Chemical, Pharmaceutical, Food, Fertilizer, Metal Refining, Sugar Industries and Power Generation

*IPP* Has Offices and Infrastructure In:

- China
- Czech Republic
- England
- France
- Germany
- India
- Italy
- Korea
- Romania
- Russia
- Saudi Arabia
- U.S.A.

# Industrial Park

*Darlington, SC*

- Former Wellman Facility
- 760 Acres of Land
- PET Polyester Resins Plant On-Site
  - 100 Acres within fence
  - 1.1 Million Sq. Ft. Under Roof
  - Plant can be operated in place or moved
  - 500 MM Lbs/Yr Bottle Grade PET
  - 500 MM Lbs/Yr Textile Grade Polyester
  - 260 MM Lbs/Yr Amorphous PET
- Great Location: Access to I-95 (4 mi.), I-20 (10 mi.), Florence Reg. Airport (10 mi.), Charlotte Douglas Int'l. Airport (< 2 hr.) and ports of Charleston, Wilmington and Georgetown within three hours.
- IPP purchased the property and took over the carrying costs; an expenditure of over $300,000 per month for the owner. IPP also assumed the environmental obligations of the site.





INTERNATIONAL PROCESS PLANTS

Tel: +1-609-586-8004
Fax: +1-609-586-0002

www.ippe.com

# Wellman plant sold; company plans to market facility globally



Contributed

An aerial view of the Wellman Plant in Darlington that has been purchased by Darlington Developments, LLC.

By JIM FAILE – SCNOW.COM

Published: September 15, 2009

DARLINGTON —  An international company that specializes in marketing manufacturing facilities worldwide has purchased the former Wellman Inc. plant in Darlington.

Darlington Developments LLC, a wholly owned subsidiary of International Process Plants (IPP), announced its purchase of the plant at 1000 E. McIver Road Tuesday. IPP is the world's largest plant and equipment trader.

The purchase includes a 1.1-million square foot building, 760 acres of land and all existing machinery and equipment.

Darlington Development plans to remarket the plant to one or more users.

Existing production units of 250,000 tons per year of PET bottle grade resin, 250,000 tons per year of polyester staple fiber and 120,000 tons per year of amorphous PET, are available to restart in whole or in part, to be operated in place and restarted or to be moved elsewhere. If the plants are moved to another location, the company said it will use the infrastructure to repopulate the site with other industries.

Wellman closed the Darlington and Johnsonville plants last year. About 550 workers were employed at the Darlington plant when the company announced plans to close the facility last September. The plant closed in November. The Johnsonville plant employed 170.

Robert Long, executive director of the Darlington County Economic Development Partnership, said the purchase by IPP is good news for the county and bodes well for its future economic development.

"This company has a strong reputation and has been very successful in buying former plants and remarketing them all over the world," Long said.

He said IPP's reputation and connections in the chemical and processing industries will help draw one or more manufacturers to the facility.

"When you have an owner with those kind of strong connections, that's a powerful asset," Long said. "Obviously, the more players you can bring to the table, the better. To have an active owner involved in marketing the plant, that's a very strong selling point for us."

Long said the announcement by IPP holds special significance for him. Wellman announced its plans to close the Darlington plant just one day before Long started in his position as executive director of the partnership.

The additional surrounding land included in the purchase also holds significant potential for future development, he said.

"I see a bright future with this," Long said.

IPP's business model is to purchase complete plants, with the land, buildings and equipment, for which manufacturers no longer have a need that are being closed globally. In some cases IPP will also take on the environmental remediation of the site. IPP and its subsidiaries utilize their globally integrated corporate infrastructure within the U.S., U.K., Germany, Italy, France, Poland, Romania, India, Portugal, Czech Republic, Korea and Russia to identify customers to repopulate a site by making the same product. When that is not feasible, IPP can sell the processes elsewhere in the world and market a site's remaining assets in the global marketplace in order to repopulate the site.

"Magnified by the current economic conditions, we meet a niche that allows a company interested in expanding capacity an opportunity to do so at a fraction of the cost of building a new facility," said Stan Sackowitiz, vice president of business development of International Process Plants. "With approximately 15 other complete plants that we own for resale and an inventory of over 25,000 pieces of process equipment at our disposal, we can provide a customer a turnkey operation."

Some of the existing assets of the Wellman Palmetto Plant include large onsite well water production, waste water treatment plant, 160-car rail yard, large boiler capacity for steam production and hot oil production, 10 inch diameter natural gas service and heavy electrical infrastructure.

"First and foremost, County Council has remained focused on working with former Wellman employees impacted by the plant closure," said Wesley Blackwell, chairman of Darlington County Council. "We are now focused on bringing new investment and jobs back into this former pillar of our community."

"We are pleased that we can work with Darlington Development to move forward to proactively remarket the former Wellman Palmetto Plant now that it has been sold," said Jim Ramsey, chairman of Darlington County Economic Development Partnership. "In addition to more than one million square feet under roof, I am excited about the hundreds of undeveloped acres that can be marketed separately for business development."

IPP is headquartered in Hamilton, N.J, with international offices, infrastructure and affiliates in China, Czech Republic, England, Germany, India, Poland, Romania, Korea, Russia, Italy and France. With more than 30 years of experience, IPP is dedicated to providing the worldwide processing industries with quality complete plants and equipment at competitive prices.

The Darlington County Economic Development Partnership is a public/private partnership established by Darlington County Council and supported by Darlington County, City of Hartsville and members of Darlington County Progress Inc. The Partnership also works with regional, state and federal agencies in securing available grants and other financial assistance for business and industrial growth.

# Peter A. Kopfinger

| | |
|---|---|
| **From:** | Elaine Rajeski [ElaineR@ippe.com] |
| **Sent:** | Wednesday, April 07, 2010 9:39 AM |
| **To:** | Peter A. Kopfinger; allen.byrd@renewpaper.com |
| **Cc:** | Ron Gale; jang@ippe.com; Harold Bogatz; mattg@ippe.com; monteb@ippe.com |
| **Subject:** | St. Francsiville Papermill Bid, Supplemental Bid Information - (5297) |

THE FOLLOWING MESSAGE IS SENT ON BEHALF OF MATT GOTTESFELD FOLLOWING CONVERSATIONS WITH MR. KOPFINGER AND MR. BOGATZ:

Gentlemen,

Supplementing our Bid Letter of April 5th, we accept the form of the Seller's Purchase and Sale Agreement subject to the following
adjustments:

1.      The Buyer (who is IPP's designee) shall be Francisville
Development LLC, a Louisiana LLC; and
2.      In connection with Section 2.1(c) of the Purchase and Sale
Agreement (PSA), the Buyer shall accept the Assigned Executory Agreements only after its review and/or approval of the same, when provided by the Seller because the Seller has left completely blank the Schedule 2.1(c) of the PSA, thereby making no disclosures whatsoever of any of the Assigned Executory Agreements; and
3.      In connection with Section 2.7(b) of the PSA, the Buyer shall
accept responsibility for the outstanding ad valorem taxes, but only after its review and approval of the same when provided by the Seller because the Seller has not disclosed any of the outstanding ad valorem taxes that may be due as of the Closing Date; and
4.      In connection with Section 2.7(c) of the PSA, the Buyer shall
accept responsibility for the Cure Amounts only after its review and/or approval of the same because the Seller has left completely blank the Schedule 2.7(c) of the PSA; and
5.      Please confirm that with this e-mail we are a qualified Bidder.

All other provisions of the PSA are acceptable to the Buyer.


Elaine Rajeski - Assistant to Legal Dept.
International Process Plants
Hamilton Business Center *
17A Marlen Drive * Hamilton, NJ 08691 * USA
Tel: (609) 586-8004 * Fax: (609) 586-4395 *
email: Elainer@ippe.com        Website:  www.ippe.com

Global Suppliers of Quality Used Process Plants and Equipment Let us know what plants and equipment you have for sale

_____
_____
_____

This e-mail may contain confidential and/or privileged information. If you are not the intended recipient or the person responsible for delivering to the intended recipient, please be advised that it has been sent in error and therefore any use is strictly prohibited. If you are not the intended recipient, or if you are concerned about the content of this e-mail, please notify us at (609) 586-8004.